**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| SHEILA E. THOMPSON, individually and on behalf of all others similarly situated, v. OLD SECOND BANCORP, INC. | FILED: APRIL 7, 2008<br>08CV1977    TG<br>JUDGE MAROVICH<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SHEILA E. THOMPSON, individually and on behalf of all others similarly situated,

| | |
|---|---|
| NAME (Type or print)<br>James X Bormes | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ [signature] | |
| FIRM<br>Law Office of James X. Bormes P.C. | |
| STREET ADDRESS<br>8 South Michigan Ave. Suite 2600 | |
| CITY/STATE/ZIP<br>Chicago, IL. 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>33422 | TELEPHONE NUMBER<br>312-201-0575 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |