**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>SHEILA E. THOMPSON, individually and on behalf of all others similarly situated,<br>v.<br>OLD SECOND BANCORP, INC. | Case Number:<br>FILED: APRIL 7, 2008<br>08CV1977            TG<br>JUDGE MAROVICH<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SHEILA E. THOMPSON

| NAME (Type or print) |
|---|
| James J. Simeri |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *James J. Simeri* |
| FIRM |
| GREEN JACOBSON & BUTSCH, P.C. |
| STREET ADDRESS |
| 7733 Forsyth Blvd., Ste. 700 |
| CITY/STATE/ZIP |
| Clayton, MO 63105-2015 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6274225 | 314.862.6800 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐