UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SHEILA E. THOMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OLD SECOND BANCORP, INC.<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:08-cv-01977 |

**Notice of Voluntary Dismissal**

As authorized by Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sheila E. Thompson voluntary dismisses all claims, without prejudice.

GREEN JACOBSON & BUTSCH, P.C.

/s/ James J. Simeri
David T. Butsch
James J. Simeri
7733 Forsyth Blvd., Ste. 700
Clayton, MO 63105-2015
tel: 314.862.6800
butsch@stlouislaw.com
simeri@stlouislaw.com

and

>LAW OFFICE OF JAMES X. BORMES
>James X. Bormes
>8 South Michigan Ave., Ste. 2600
>Chicago, IL 60603
>tel: 312.201.0575
>fax: 312.332.0600
>bormeslaw@sbcglobal.net
>
>Attorneys for Plaintiff Sheila E. Thompson